OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
202 HARLOW STREET
BANGOR, MAINE 04401

OFFICIAL BUSINESS

EASTERN MAINE 044

18 FEB 2026 AM 2 L



PITNEY BOWES
$0.74 0
US POSTAGE IMI
FIRST-CLASS
028W0002312160
2000454527
ZIP 04401
FEB 17 2026

MEGAN MOCHO JESCHKE
HOLLAND & KNIGHT LLP
1650 TYSONS BOULEVARD
SUITE 1700
TYSONS, VA 22102

NIXIE        231    FE 1              0092/27/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

IA K1: 9333120017              UTF    BC: 04401490199      *0922-04009-18-20
22102